Guy Lancaster RICHMOND,
Plaintiff–Appellant,

v.

Warden MOATS, M.C.T.C.; Warden Sac-
chet, R.C.T.C.; Correctional Depart-
ment; State of Maryland, Defendants–
Appellees.

No. 00–7590.

United States Court of Appeals,
Fourth Circuit.

Submitted March 22, 2001.

Decided March 28, 2001.

Guy Lancaster Richmond, pro se. Ste-
phanie Judith Lane Weber, Assistant At-
torney General, Baltimore, MD, for appel-
lees.

Before WILKINS, LUTTIG, and
MICHAEL, Circuit Judges.

PER CURIAM.

Guy Lancaster Richmond appeals the
district court's order denying relief on his
42 U.S.C.A. § 1983 (West Supp.2000) com-
plaint. We have reviewed the record and
the district court's opinion and find no
reversible error. Accordingly, we affirm

on the reasoning of the district court. *Richmond v. Moats,* No. CA–00–1147–WMN (D.Md. filed Oct. 27, 2000; entered Oct. 31, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*